IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMAH KONAH DORLEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOSEPH A. CARDINALE, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 14-07005 |

### ORDER

**AND NOW**, this 10th day of August, 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 15), Plaintiff's Motion for Summary Judgment (ECF No. 16), and Defendants' opposition thereto (ECF No. 17), it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED**;

2. Plaintiff's Motion is **DENIED**;

3. Judgment is **ENTERED** in favor of Defendants Joseph A. Cardinale, Alejandro Mayorkas and Jeh Johnson with regard to Plaintiff's claim for relief under the Administrative Procedure Act;

4. Plaintiff's claims for substantive and procedural due process are **DISMISSED**; and

5. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.